UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHN KEITH WATSON,<br>   Plaintiff,<br><br>v.<br><br>JIFFY LUBE LUBE CORE; WILLIAM McINNES; LISA BAKER; ERIC ROSE; MIKE COWAN, JOHN AUSTIN; JOHN SHANNON; SHERRY BURLINGTON and LARRY HIEMENZ,<br>   Defendants. | **JUDGMENT**<br><br>No. 5:10-CV-572-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for Plaintiff's failure to effect service of process and for failure to prosecute.

**IT IS ORDERED, ADJUDGED AND DECREED** pursuant to the court's order dated June 15, 2011, that the Defendant's Motion to Dismiss is ALLOWED. This action is DISMISSED against defendants William McInnes, Lisa Baker and Larry Hiemenz.

**IT IS FURTHER ORDERED** pursuant to the court's order dated December 28, 2011, as the court warned Watson in the October 12, 2011 order, this action is DISMISSED as against the remaining named defendants, Jiffy Lube Lube Core, Eric Rose, Mike Cowan, John Austin, John Shannon and Sherry Burlington, for failure to effect service of process within the time allowed, therefore, including extensions, and/or for failure to prosecute. The court also notes that no attorney has filed a notice of appearance on Watson's behalf within the time allowed. Because Watson's claims have been dismissed as to all defendants, this action similarly is DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on December 28, 2011, and Copies To:**

John Keith Watson (via US Mail) P.O. Box 40036, Raleigh, NC 27629
Richard D. Haygood (CM/ECF Notice of Electronic Filing)


DATE             DENNIS P. IAVARONE, CLERK
December 28, 2011       /s/ Susan K. Edwards
               (By) Susan K. Edwards, Deputy Clerk